# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-03360

WAYNE WHEELS,

    Plaintiff,

v.

KODIAK BUILDING PARTNERS and,
BARTON MATERIALS

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Defendant Barton Materials, LLC ("Barton"), by and through its undersigned attorneys, submits the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Barton is a wholly owned subsidiary of Kodiak Investments, LLC. No publicly held corporation owns 10% or more of its stock.

Barton will promptly file a supplemental disclosure statement should any of the information provided in this disclosure change.

Respectfully submitted this 21st day of December, 2023.

*s/ David C. Gartenberg*
David C. Gartenberg
Nicholas Hankins
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Fax: 303.629.0200
Email: dgartenberg@littler.com
       nhankins@littler.com

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2023, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and served via U.S. mail on the following:

Wayne Wheels
1521 S. Fairplay Way
Aurora, Colorado 80012
Phone: 720.404.3187
Email: kng61258@icloud.com

*Pro Se Plaintiff*

                                                  *s/ Elisabeth L. Egan*
                                                  Elisabeth L. Egan