IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03360-SKC-STV

WAYNE WHEELS,

    Plaintiff,

v.

KODIAK BUILDING PARTNERS and,
BARTON MATERIALS,

    Defendants.
_____

**ORDER GRANTING MOTION FOR
ADMINISTRATIVE CLOSURE**
_____

THIS MATTER is before the Court upon Defendants' Unopposed Motion for Administrative Closure ("Motion").

THE COURT having reviewed the Motion and being fully advised of its premises, finds good cause to grant the Motion.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the above-referenced matter is administratively closed pursuant to D.C.COLO.LCivR 41.2.

IT IS FURTHER ORDERED that the parties shall notify the Court within 10 business days of Plaintiff's exhaustion of administrative remedies or should the case otherwise resolve.

DATED: April 17, 2024.

BY THE COURT:

_____
S. Kato Crews
United States District Judge