IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03360-SKC-STV

WAYNE WHEELS,

  Plaintiff,

v.

KODIAK BUILDING PARTNERS and,
BARTON MATERIALS,

  Defendants.

## JOINT STATUS REPORT

Defendants Kodiak Building Partners ("Kodiak") and Barton Materials ("Barton") (collectively, "Defendants"), by and through their undersigned counsel, and Plaintiff Wayne Wheels ("Plaintiff" or "Wheels") (Kodiak, Barton, and Wheels, collectively, the "Parties") hereby submit this Joint Status Report pursuant to the Court's April 4, 2025, Order [Dkt. No. 37]. The Parties state as follows:

  1. On September 1, 2023, Plaintiff filed a Complaint in Arapahoe County District Court against Barton.

  2. On December 20, 2023, Barton timely removed this case to federal court.

  3. On January 7, 2024, Barton received notice from the Equal Employment Opportunity Commission ("EEOC") that Plaintiff filed an unperfected Charge of

Discrimination with the EEOC. Barton, however, did not receive a copy of the unperfected charge.

4. On February 8, 2024, Barton received notice from the EEOC that Plaintiff filed an amended Charge of Discrimination ("Amended Charge"). Barton also received a copy of the Amended Charge from the EEOC on this date.

5. The allegations in the Amended Charge overlapped with the claims in Plaintiff's Complaint.

6. On or about February 26, 2024, the Parties agreed to participate in a mediation with the EEOC. However, the mediator advised Barton on March 8, 2024, that, after having spoken informally with Plaintiff, she did not believe that mediation would be fruitful given Plaintiff's position on settlement. Accordingly, the Parties did not engage in mediation with the EEOC.

7. Because the claims at issue in this litigation overlapped with Plaintiff's Charge, which remained under investigation by the EEOC, on April 10, 2024, Defendants filed an Unopposed Motion for Administrative Closure, requesting that the case be administratively closed pending exhaustion of Plaintiff's administrative claims with the EEOC. [Dkt. No. 33].

8. On April 12, 2024, Barton filed its Position Statement in response to the Amended Charge with the EEOC.

9. On April 17, 2024, this Court granted Defendants' Unopposed Motion for Administrative Closure. [Dkt. No. 35]. This matter has been administratively closed since April 17, 2024.

10. The Parties have not received any additional correspondence or information from the EEOC since Barton filed its Position Statement on April 12, 2024. It is the Parties' understanding that the EEOC is continuing to investigate the Amended Charge at this time.

Dated: April 9, 2025.

| | |
|---|---|
| /s/ *Wayne Wheels* | s/*David C. Gartenberg* |
| Wayne Wheels | David C. Gartenberg |
| 1521 S. Fairplay Way | Nicholas Hankins |
| Aurora, Colorado 80012 | Littler Mendelson P.C. |
| Phone: 720.404.3187 | 1900 Sixteenth Street |
| Email: kng61258@icloud.com | Suite 800 |
| *Pro Se Plaintiff* | Denver, CO 80202 |
| | 303-362-2838 |
| | Email: dgartenberg@littler.com |
| | nhankins@littler.com |